IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LINDA DENNING,<br>　　　Plaintiff,<br><br>v.<br><br>CORVIAS GROUP, LLC,<br>　　　Defendant. | )<br>)<br>)<br>) Case No. 5:15-cv-4960-SAC-KGS<br>)<br>)<br>) |

**Corporate Disclosure Statement**

Pursuant to Fed. R. Civ. P. 7.1, defendant Corvias Group, LLC states that it is a wholly-owned by John G. Picerne Business Trust-2012, which does not issue stock to the public.

Respectfully submitted,
STINSON LEONARD STREET LLP

By s/Christopher J. Leopold
　　Christopher J. Leopold, KS # 19638
　　1201 Walnut Street, Suite 2900
　　Kansas City, MO  64106
　　(816) 842-8600 / (816) 691-3495 (fax)
　　chris.leopold@stinson.com

ATTORNEYS FOR DEFENDANT

Certificate of Service

On February 8, 2016, this was filed with the Court's ECF system with service to be accomplished electronically thereby on counsel of record for plaintiff.

　　　　　　s/Christopher J. Leopold
　　　　　　　Attorney for Defendant

1159939581