IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LINDA DENNING,                       ) | |
|     Plaintiff,                         ) | |
| ) | |
| v.                                              ) | Case No. 5:15-cv-4960-SAC-KGS |
| ) | |
| CORVIAS GROUP, LLC,          ) | |
|     Defendant.                     ) | |

**Joint Notice of Scheduling Mediation**

Pursuant to the Court's Scheduling Order, the parties jointly give notice that they have scheduled a mediation session with Larry Rute, to be held at his office, 212 SW 8th Avenue, Suite 207, Topeka, Kansas, 66603, on June 7, 2016, beginning at 9:30 a.m.

Respectfully submitted,
STINSON LEONARD STREET LLP

By s/Christopher J. Leopold
   Christopher J. Leopold, KS # 19638
   1201 Walnut Street, Suite 2900
   Kansas City, MO  64106
   (816) 842-8600 / (816) 691-3495 (fax)
   chris.leopold@stinson.com

ATTORNEYS FOR DEFENDANT

and

HOOVER, SCHERMERHORN,
EDWARDS, PINAIRE & ROMBOLD

By s/Peter Charles Rombold
   Peter Charles Rombold, KS # 11539
   811 North Washington Street
   Junction City, KS 66441
   (785) 238-3126 / (785) 238-1717 (fax)
   Rombold@hooverlawfirm.com

ATTORNEYS FOR PLAINTIFF