IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LINDA DENNING, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:15-cv-4960-SAC-KGS |
| | ) |
| CORVIAS GROUP, LLC, | ) |
|     Defendant. | ) |

### Joint Stipulation of Dismissal with Prejudice

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff and the defendant hereby stipulate to the dismissal of the above-styled case with prejudice. Each side will bear its own costs.

Jointly submitted,

STINSON LEONARD STREET LLP

By s/Christopher J. Leopold
    Christopher J. Leopold, KS # 19638
    1201 Walnut Street, Suite 2900
    Kansas City, MO  64106
    (816) 842-8600 / (816) 691-3495 (fax)
    chris.leopold@stinson.com

Attorneys for Defendant

HOOVER, SCHERMERHORN, EDWARDS,
PINAIRE & ROMBOLD

By s/Peter Charles Rombold
    Peter Charles Rombold, KS #11539
    811 N. Washington Street
    Junction City, KS  66441
    (785) 238-3126 / (785) 238-1717 (fax)
    rombold@hooverlawfirm.com

Attorneys for Plaintiff

1286556831